# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EAST COAST NEWS CORP., a New Jersey corporation, INTERNATIONAL VIDEO DISTRIBUTORS, LLC, a New Jersey limited liability company, ADVENTURE INDUSTRIES, LLC, a New Jersey limited liability company, XGEN, LLC, a New Jersey limited liability company, PURE PLAY MEDIA DISTRIBUTION, LLC, a New Jersey limited liability company,

                    Plaintiffs,

Case No. 14-cv-10241
Hon. Judith E. Levy
Mag. Judge Michael Hluchaniuk

vs.

SOUTHEASTERN VISUALS, LLC, a Michigan limited liability company, SUN BELT VISUALS MANAGEMENT COMP ANY, LLC, a Michigan limited liability company, GULF COAST VISUALS MANAGEMENT COMPANY, LLC, a Michigan limited liability company, and JAMES OLSAFSKY, an individual,

                    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT [27]

On July 13, 2015, this matter came before the Court on plaintiffs' motion for summary judgment. (Dkt. 27.) A hearing was held and oral

1

argument was heard. For the reasons set forth on the record IT IS HEREBY ORDERED as follows:

## COUNT I AND COUNT II

It is hereby ORDERED that plaintiffs' motion for summary judgment is GRANTED in favor of East Coast News Corp. and International Video Distributors, LLC and against Southeastern Visuals, LLC. and James Olsafsky, jointly and severally, in the total amount of $119,800.21, which includes the unpaid principal balance $99,600.77, an agreed upon administrative fee of $1,500.00, and accrued interest of $18,699.44.

## COUNT III

It is hereby ORDERED that the claim in this Count has been satisfied in full and is therefore DISMISSED.

## COUNT IV AND COUNT V

It is hereby ORDERED that plaintiffs' motion for summary judgment is GRANTED in favor of East Coast News Corp., International Video Distributors, LLC, Adventure Industries, LLC, and XGen, LLC and against Southeastern Visuals, LLC., Gulf Coast Visuals Management Company, LLC, Sunbelt Visuals Management Company,

LLC, and James Olsafsky, jointly and severally, in the total amount of $1,482,546.86, which includes the unpaid principal balance of $1,289,100.09, an agreed upon administrative fee of $1,500.00, and accrued interest of $191,946.77.

## COUNT VI

It is hereby ORDERED that plaintiffs' motion for summary judgment is GRANTED in favor of International Video Distributors, LLC and against Sunbelt Visuals Management Company, LLC in the total amount of $205,017.51, which includes the unpaid principal balance of $173,854.60 and accrued interest of $31,162.91.

## COUNT VII

It is hereby ORDERED that plaintiffs' motion for summary judgment is GRANTED in favor of Adventure Industries, LLC, International Video Distributors, LLC, and XGen, LLC and against Sunbelt Visuals Management Company, LLC in the total amount of $13,375.84.

## COUNT VIII

It is hereby ORDERED that Count VIII is DISMISSED without prejudice.

IT IS FURTHER ORDERED that this judgment disposes of all claims in this case and is therefore a final judgment as to all claims in the above captioned case.

Date: July 21, 2015               s/ Judith E. Levy
                                  JUDITH E. LEVY
                                  United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2015.

                                  s/Tanya Bankston
                                  TANYA BANKSTON
                                  Case Manager